**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ALEXIS FERREIRA,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**SUSHI VIDA 146 LLC, *et al*,**<br><br>**Defendant.** | **1:26-cv-644 (ALC)**<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

On October 20, 2026, the Court ordered Defendants to show cause why default judgment for failure to move or otherwise answer the Complaint should not be entered, pursuant to Federal Rule of Civil Procedure 55. The Court also ordered Plaintiffs to serve of a copy of the Order to Show Cause upon Defendants on or before October 23, 2026. Plaintiff were ordered to file proof of such service in the Clerk's office before the return date of the Order to Show Cause.

Plaintiff did not file such proof. Plaintiffs are once again ORDERED to file proof of service of the Court's Order to Show Cause (ECF No. 20).

**SO ORDERED.**

Dated: October 28, 2026
New York, New York

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**